# Exhibit 1

## TRIAL CAUSE NO.  14467

| | | |
|---|---|---|
| **COUNTY OF NEWTON** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **____ JUDICIAL DISTRICT** |
| | § | |
| **PURDUE PHARMA, L.P.,** *et al.* | § | |
| | § | |
| *Defendants.* | § | **NEWTON COUNTY, TEXAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MDL PRETRIAL CAUSE NO.  _____
## (MDL MASTER CAUSE NO.  2018-63587)

| | | |
|---|---|---|
| | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| | § | |
| **IN RE TEXAS OPIOID LITIGATION** | § | **152ND JUDICIAL DISTRICT** |
| | § | |
| | § | |
| | § | |
| | § | **HARRIS COUNTY, TEXAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF TRANSFER OF TAG-ALONG CASE

To the Honorable Court:

As required by Rule 13.5(e) and Rule 13.5(a) of the Texas Rules of Judicial Administration, this notice is to inform the Court that this case is transferred as a tag-along action to the 152nd District Court of Harris County, Texas before Judge Schaffer.

On April 20, 2018, Manufacturer Defendants[1] filed a Motion to Transfer six opioid-related Texas cases and all future related Texas cases to a pretrial court under Rule 13 of the Texas Rules of Judicial Administration.  On May 1, 2018, Distributor Defendants[2] joined the Rule 13 Motion with respect to these cases and identified two additional, related Texas cases for transfer.  On May 10, 2018, Manufacturer Defendants and Distributor Defendants filed a joint supplement to the Motion to Transfer, identifying ten additional, related cases for transfer.

On June 13, 2018, the Texas MDL Panel granted the Motions to Transfer in Docket No. 18-0358, styled *In re Texas Opioid Litigation*.  (Order Granting Motions to Transfer, attached at Appendix C.)  On June 18, 2018, the Texas MDL Panel appointed the Honorable David Peeples, Senior Judge of the 224th District Court of Bexar County, as the pretrial judge for the *Texas Opioid Litigation* MDL and transferred "all pending cases, together with any tagalong cases, to him."  (Appointment of Pretrial Judge, attached at Appendix D.)

On August 25, 2018, Judge Peeples recused himself.  (Order of Voluntary Recusal, attached at Appendix E.)  On September 5, 2018, the MDL Panel reassigned the MDL proceeding to Judge Robert Schaffer, ordering that "the cases listed in the Appendices of the Motions for Transfer and all tag-along cases are transferred to Judge Robert Schaffer of the 152nd District Court of Harris County."  (Order Appointing Pretrial Court, attached at Appendix F.)

---

[1]  The Manufacturer Defendants that filed the April 20 motion were Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc.; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Knoll Pharmaceutical Company, a wholly-owned subsidiary of AbbVie Inc.; AbbVie Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

[2]  The Distributor Defendants that filed the May 1 motion were AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc.

This case is a tag-along action within the meaning of the Texas Rule of Judicial Administration 13.2(g).

Upon filing this notice of transfer with the Transfer Order, this case is deemed transferred from the trial court to the MDL Pretrial Court pursuant to Rule of Judicial Administration 13.5(e).  The effect on a trial court of filing this Notice of Transfer is further discussed in Rule 13.5(b).

As required by Rule 13.5(a), attached at Appendix A to this notice is a list of all parties who have appeared and remain in the case, and the names, addresses, phone numbers, and bar numbers of their attorneys.

Attached at Appendix B to this notice is a list of all parties who have not yet appeared in the case.

Dated:  January 7, 2019

Respectfully submitted,

By: /s/ *Stephen E. McConnico*
    Stephen E. McConnico
    Texas Bar No. 3450300
    smcconnico@scottdoug.com
    Asher B. Griffin
    Texas Bar No. 24036684
    agriffin@scottdoug.com
    John W. Ellis
    Texas Bar No. 24078473
    jellis@scottdoug.com
    SCOTT DOUGLASS & MCCONNICO LLP
    303 Colorado St., Suite 2400
    Austin, Texas 78701
    Telephone: (512) 495-6300
    Facsimile: (512) 495-6399

*Attorneys for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was filed using the Court's electronic filing manager, which will transmit electronic service to all counsel of record registered to receive service. I further certify that a true and correct copy of the foregoing instrument was served via email on the following counsel on January 7, 2019:

*County of Angelina:*
jsimon@sgptrial.com.com; acarter@sgptrial.com; pdhendersonlaw@aol.com; ddies@dieslaw.com; sparkhurst@dieslaw.com

*County of Bee:*
jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; rick@doddfirm.com

*County of Bexar:*
mphipps@phippsandersondeacon.com; bdeacon@phippsandersondeacon.com; spurnell@phippsandersondeacon.com; mtalafuse@phippsandersondeacon.com; bfisher@phippsandersondeacon.com; kim@kellsto.com; mcwatts@wattsguerra.com; fguerra@wattsguerra.com; ssanford@wattsguerra.com; wjefferson@adjtlaw.com; rekery@adjtlaw.com; nbacarisse@adjtlaw.com; nlahood@bexar.org

*County of Blanco:*
coatty@co.blanco.tx.us; jsimon@sgptrial.com; acarter@sgptrial.com; cbyrd@chrisbyrdlaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; jamesharrislaw@gmail.com; ray@jeffreylegal.com

*County of Burleson:*
mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; aoneill@aoneilllaw.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Burnet:*
bca@burnetcountytexas.org; rick@doddfirm.com; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com

*County of Cameron:*
mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; aoneill@aoneilllaw.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Cass:*
    rlee.da@casscountytx.org; jsimon@sgpblaw.com; acarter@sgpblaw.com;
    hdavis@sgpblaw.com; walker@martinwalkerlaw.com;
    rmartin@martinwalkerlaw.com

*County of Cooke:*
    ed.zielinski@co.cooke.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
    hdavis@sgpblaw.com; walker@martinwalkerlaw.com;
    rmartin@martinwalkerlaw.com

*County of Coryell:*
    county_attorney@coryellcounty.org; rick@doddfirm.com; jsimon@sgpblaw.com;
    acarter@sgpblaw.com; hdavis@sgpblaw.com

*County of Dallas:*
    jsimon@sgpblaw.com; acarter@sgpblaw.com; wml@lanierlawfirm.com;
    reagan.bradford@lanierlawfirm.com; ltaylor@thecochranfirmdallas.com;
    russell.roden@dallascounty.org

*County of Delta:*
    countyattorney@deltacountytx.com; jsimon@sgpblaw.com;
    acarter@sgpblaw.com; jwalker@martinwalkerlaw.com;
    rmartin@martinwalkerlaw.com

*County of Dimmit:*
    jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com;
    rick@doddfirm.com; rwaii@armstrong-firm.com

*County of Duval:*
    ksnapka@snapkalaw.com; chenderson@snapkalaw.com;
    gturman@snapkalaw.com; armandobarrera@gmail.com

*County of Ector:*
    dusty.gallivan@ectorcounty.gov; jsimon@sgpblaw.com; acarter@sgpblaw.com;
    hdavis@sgpblaw.com; bobwhitetx@mac.com

*County of El Paso:*
    joanne.bernal@epcounty.com; mike@gld-law.com; mcwatts@wattsguerra.com;
    ssanford@wattsguerra.com; Pamm@gld-law.com; tfibich@fibichlaw.com;
    jhenderson@fibichlaw.com

*County of Falls:*
    jsimon@sgpblaw.com; acarter@sgpblaw.com; rick@doddfirm.com;
    dajodygilliam@gmail.com

*County of Fannin:*
    jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com;
    walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Freestone:*
    jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com;
    blake@beckham-group.com; Patrick@beckham-group.com

*County of Galveston:*
    jack.roady@co.galveston.tx.us; bob.boemer@co.glaveston.tx.us;
    mcwatts@wattsguerra.com; ssanford@wattsguerra.com; aoneill@aoneill-
    law.com; mike@gld-law.com; pamm@gld-law.com; tfibich@fibichlaw.com

*County of Grayson*
    jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com;
    walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com;
    rsanders@somlaw.net; myoung@somlaw.net

*County of Hardin*
    rebecca.walton@co.hardin.tx.us; jsimon@sgptrial.com; acarter@spgtrial.com;
    pdhendersonlaw@aol.com; ddies@dieslaw.com; sparkhurst@dieslaw.com

*County of Harrison:*
    cokesolomon@co.harrison.tx.us; kurt@truelovelawfirm.com; mike@gld-
    law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com;
    tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Hidalgo:*
    mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com;
    tfibich@fibichlaw.com; jhenderson@fibichlaw.com; jjhinojosa@bizgv.rr.com;
    Pamm@gld-law.com

*County of Hopkins:*
    jsimon@sgpblaw.com; acarter@sgpblaw.com; jwalker@martinwalkerlaw.com;
    rmartin@martinwalkerlaw.com

*County of Houston:*
    daphne.session@co.houston.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com;
    hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
    rmartin@martinwalkerlaw.com; jodyg@griffithandgriffithpc.com

*County of Jasper:*
    jsimon@sgptrial.com; acarter@sgptrial.com; pdhendersonlaw@aol.com;
    ddies@dieslaw.com; sparkhurst@dieslaw.com

*County of Johnson:*
    mccarley@fnlawfirm.com; fears@fnlawfirm.com; mn@fnlawfirm.com; smaclean@macleanfirm.com; mdaniel@lawyerworks.com

*County of Kendall:*
    nicole.bishop@co.kendall.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; rwaii@armstrong-firm.com

*County of Kerr:*
    mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Leon:*
    mcwatts@wattsguerra.com; ssanford@wattsguerra.com; aoneill@aoneill-law.com; mike@gld-law.com; pamm@gld-law.com; tfibich@fibichlaw.com

*County of Liberty:*
    nhusain@hlalawfirm.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; mike@gld-law.com; randy@gunterlaw.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; maziz@abrahamwatkins.com

*County of Limestone:*
    rdefriend@co.limestone.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; blake@beckham-group.com; Patrick@beckham-group.com

*County of Marion:*
    angela.smoak@co.marion.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com; hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of McMullen:*
    Kimberly.Dusek@mcmullencounty.org; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; rwaii@armstrong-firm.com

*County of Milam:*
    daoffice@milamcounty.net; wfisher@fisherboyd.com; bjohnson@fisherboyd.com; jsimon@sgpblaw.com; acarter@sgpblaw.com; rick@doddfirm.com

*County of Nacogdoches:*
    jfleming@co.nacogdoches.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;

rmartin@martinwalkerlaw.com; wml@lanierlawfirm.com;
reagan.bradford@lanierlawfirm.com

*County of Newton*
courtney.ponthier@co.newton.tx.us; jsimon@sgptrial.com; acarter@spgtrial.com;
pdhendersonlaw@aol.com; ddies@dieslaw.com; sparkhurst@dieslaw.com

*County of Nueces and Nueces County Hospital District*
laura.jimemez@nuecesco.com; richard@rs-law.com; wml@lanierlawfirm.com;
reagan.bradford@lanierlawfirm.com; jimragan13@gmail.com;
mphipps@phippsandersondeacon.com; bdeacon@phippsandersondeacon.com;
mtalafuse@phippsandersondeacon.com; bfisher@phippsandersondeacon.com;
kim@kellsto.com; dreich@reichandbinstock.com;
bbinstock@reichandbinstock.com; purnell.simon@gmail.com

*County of Orange:*
jkimbrough@co.orange.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
hdavis@sgpblaw.com; pdhendersonlaw@aol.com; ddies@dieslaw.com;
sparkhurst@dieslaw.com

*County of Panola:*
Danny.davidson@co.panola.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com; greg@lovetrialfirm.com;
ron@adkisonlawfirm.com

*County of Parker:*
john.forrest@parkercountytx.com; rick@doddfirm.com; jsimon@sgpblaw.com;
acarter@sgpblaw.com

*County of Potter:*
tadfowler@co.potter.tx.us; jsimon@sgpblaw.com; hdavis@sgpblaw.com;
acarter@sgpblaw.com; wml@lanierlawfirm.com;
reagan.bradford@lanierlawfirm.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com; brian@tshhr.com; mlogsdon@mhba.com

*County of Robertson:*
cotysiegert@robertsoncounty.org; jsimon@sgpblaw.com; hdavis@sgpblaw.com;
acarter@spgblaw.com; blake@beckham-group.com; Patrick@beckham-group.com; rick@doddfirm.com

*County of San Patricio*
tamara@co.san-patricio.tx.us; jhtlawl@sbcglobal.net; wjefferson@adjtlaw.com;
rekery@adjtlaw.com; nbacarisse@adjtlaw.com;
mphipps@phippsandersondeacon.com; bdeacon@phippsandersondeacon.com;

mtalafuse@phippsandersondeacon.com; bfisher@phippsandersondeacon.com;
kim@kellsto.com

*County of Shelby:*
rholesgary@yahoo.com; jsimon@sgpblaw.com; hdavis@sgpblaw.com;
acarter@spgblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com; ron@adkisonlawfirm.com

*County of Travis:*
wml@lanierlawfirm.com; reagan.bradford@lanierlawfirm.com;
shendler@hendlerlaw.com; lulu@prismnet.com; rwebber@hendlerlaw.com;
Richard@rs-law.com; dreich@reichandbinstock.com;
david.escamilla@traviscountytx.gov; sherine.thomas@traviscountytx.gov;
sharon.talley@traviscountytx.gov; ryan.fite@traviscountytx.gov

*County of Trinity:*
tcj@co.trinity.tx.us; jsimon@sgpblaw.com; hdavis@sgpblaw.com;
acarter@spgblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com

*County of Van Zandt:*
jsimon@sgpblaw.com; acarter@sgpblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com; chrismartin@vanzandtcounty.org

*County of Waller:*
aoneill@aoneilllaw.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com;
tfibich@fibichlaw.com; jhenderson@fibichlaw.com; mike@gld-law.com;
Pamm@gld-law.com

*County of Wood:*
jwheeler@co.wood.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com;
hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
rmartin@martinwalkerlaw.com

*State of Texas:*
patrick.sweeten@oag.texas.gov; paul.singer@oag.texas.gov;
nanette.dinunzio@oag.texas.gov; stephanie.eberhardt@oag.texas.gov;
valeria.sartorio@oag.texas.gov; daniel.zwart@oag.texas.gov

*Abbott Laboratories*
JKO'Connor@Venable.com; JAMcCauley@Venable.com;
ATErtas@Venable.com

*AbbVie Inc. and Knoll Pharmaceutical Company, a wholly-owned subsidary of AbbVie Inc.*
jlwilkes@jonesday.com; separker@jonesday.com; dbalden@jonesday.com

*Advanced Pharma, Inc. d/b/a Avella of Houston*
zfoley@thompsoncoe.com; creed@thompsoncoe.com

*Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan plc f/k/a Actavis plc; Allergan Sales, LLC; and Allergan USA Inc.*
wh@wsfirm.com; jennifer.levy@kirkland.com; donna.welch@kirkland.com;
rothm@kirkland.com; tknapp@kirkland.com; zac.ciullo@kirkland.com;
andrea@wsfirm.com

*AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*
SMcClure@ReedSmith.com; SPerry@ReedSmith.com;
MBernick@ReedSmith.com; RBuchhorn@reedsmith.com;
ARollins@ReedSmith.com; SRocchino@reedsmith.com;
NHlawatsch@reedsmith.com; LSchack@ReedSmith.com;
melissa@gillamsmithlaw.com; james@litzlerlaw.com;
AEMCH@jacksonkelly.com

*Cardinal Health, Inc.; Cardinal Health 105, Inc.; Cardinal Health 108, LLC; Cardinal Health 110, LLC; Cardinal Health 112, LLC; Cardinal Health 200, LLC; and Cardinal Health 414, LLC*
mmengis@bakerlaw.com; mraley@bakerlaw.com; emainigi@wc.com;
lheard@wc.com; spyser@wc.com; ahardin@wc.com; EPistilli@wc.com;

*Depomed, Inc.*
kevin.sadler@bakerbotts.com; david.arlington@bakerbotts.com;
scott.powers@bakerbotts.com

*Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*
John.Lombardo@arnoldporter.com; Sean.Morris@arnoldporter.com;
hannah.sibiski@arnoldporter.com; Andrew.Bergman@arnoldporter.com

*Insys Therapeutics, Inc. and Insys Manufacturing, LLC*
Joe.Franco@hklaw.com; Nicholas.Sarokhanian@hklaw.com;
Matt.Donohue@hklaw.com; Gillian.Phillips@hklaw.com

*Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*
smcconnico@scottdoug.com; agriffin@scottdoug.com; jcardelus@omm.com;
kklorfein@omm.com; jzarrow@omm.com; clifland@omm.com;
sbrody@omm.com; acollins@scottdoug.com; agoldberg@scottdoug.com;
jellis@scottdoug.com

*Mallinckrodt plc and Mallinckrodt LLC*
> Andrew.O'Connor@ropesgray.com; Brien.O'Connor@ropesgray.com;
> Rocky.Tsai@ropesgray.com; jparsons@pmmclaw.com;
> Leon.Kotlyar@ropesgray.com; Erin.Macgowan@ropesgray.com

*McKesson Corporation; McKesson Medical-Surgical Inc.; and Walsh Distribution, LLC*
> csmyser@skv.com; disaak@skv.com; razvan@skv.com; kadler@skv.com;
> tydoyle@skv.com; tmatthies@skv.com; swinner@cov.com; mrodgers@cov.com;
> russell.jessee@steptoe-johnson.com; crobles@skv.com

*Mission Pharmacal Company*
> jbockus@dykema.com; rsullivan@dykema.com; bjohnson@johnsontrent.com

*Mylan Bertek Pharmaceuticals Inc.; Mylan Inc.; Mylan Institutional Inc.; Mylan Pharmaceuticals Inc.; and Mylan Specialty L.P.*
> maria.boyce@hoganlovells.com; adam.levin@hoganlovells.com;
> rebecca.mandel@hoganlovells.com; cynthia.grimes@clarkhillstrasburger.com

*Noramco, Inc.*
> jenny.mendelsohn@alston.com; Matt.durfee@alston.com;
> Cari.Dawson@alston.com; Patrick.Hill@alston.com

*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc. d/b/a The Purdue Frederick Company; Purdue Pharmaceuticals L.P.; Purdue Pharma Manufacturing L.P;, and Purdue Transdermal Technologies L.P.*
> noelle.reed@skadden.com; Alston.l.walker@skadden.com;
> Sara.Roitman@dechert.com; Mark.Cheffo@dechert.com;
> Hayden.Coleman@dechert.com; Daniel.mayerfeld@skadden.com;
> Lindsey.Cohan@dechert.com; whitney.wester@skadden.com;
> christopher.halbohn@skadden.com

*Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc. and Actavis Laboratories UT, Inc.*
> christina.vitale@morganlewis.com; nathan.andrisani@morganlewis.com;
> brian.ercole@morganlewis.com; steven.reed@morganlewis.com;
> pamela.holly@morganlewis.com; melissa.coates@morganlewis.com;
> evan.jacobs@morganlewis.com

A true and correct copy of the foregoing instrument was mailed to the following *pro se* parties in one or more of the *Texas Opioid Litigation* MDL cases on January 7, 2019 via certified mail:

> Richard Andrews
> Inmate #53451-177
> FCI-Camp
> P.O. Box 9000
> Seagoville, Texas 75159
>
> Theodore Okechuku, M.D.
> Reg. No. 59813-060
> FCI Texarkana Federal Correctional Institution
> 4001 Leopard Drive
> Texarkana, Texas 75505
>
> Dr. Nicolas Padron
> Reg. No. 44575-177
> FPC Camp Unit GB
> P.O. Box 26010
> Beaumont, Texas 77720

The following parties have no counsel of record and have not made an appearance:

> CVS Health
>
> Walgreens Boots Alliance, Inc., a/k/a Walgreen Co.
>
> Wal-Mart Stores, Inc.
>
> John Tai Dang, M.D.
>
> Dang Medical Clinic, P.A.
>
> Dang Occupational Consultants, Inc.

/s/ *Stephen E. McConnico*
Stephen E. McConnico
smcconnico@scottdoug.com

**<u>APPENDIX A</u>**

**LIST OF PARTIES WHO HAVE APPEARED AND REMAIN IN THE CASE**

## Parties Who Have Appeared and Remain in the Case

County of Newton

*Counsel:*

Courtney Tracy Ponthier
State Bar No. 24060741
Courtney.ponthier@co.newton.tx.us
Newton County District Attorney
110 Court Street, Room 121
P.O. Drawer 36
Newton, Texas 75966
Tel: (409) 379-8600
Fax: (409) 379-8603

Jeffrey B. Simon
State Bar No. 00788420
jsimon@sgptrial.com
Amy M. Carter
State Bar No. 24004580
acarter@sgptrial.com
SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Tel: (214) 276-7680
Fax: (214) 276-7699

Paul D. Henderson
State Bar No. 09426300
pdhendersonlaw@aol.com
PAUL D. HENDERSON, P.C.
712 West Division Avenue
Orange, Texas 77630
Tel: (409) 883-9355
Fax: (409) 883-8377

David Dies
State Bar No. 05850800
ddies@dieslaw.com
Steven L. Parkhurst
State Bar No. 00797206
sparkhurst@dieslaw.com
DIES & PARKHUSRT, L.L.P.
1009 Green Avenue
Orange, Texas 77630
Tel: (409) 883-0892
Fax: (409) 670-0888

Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil- Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.

*Counsel:*

Stephen E. McConnico
State Bar No. 3450300
smcconnico@scottdoug.com
Asher B. Griffin
State Bar No. 24036684
agriffin@scottdoug.com
John W. Ellis
State Bar No. 24078473
jellis@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado St., Suite 2400
Austin, Texas 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

**<u>APPENDIX B</u>**

**LIST OF ALL PARTIES WHO HAVE NOT YET APPEARED IN THE CASE**

## Parties Who Have Not Yet Appeared

Endo Health Solutions Inc.
Endo Pharmaceuticals, Inc.
Purdue Pharma, L.P.
Purdue Pharma, Inc.
The Purdue Frederick Company

**<u>APPENDIX C</u>**

**ORDER GRANTING MOTIONS TO TRANSFER**

# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced June 13, 2018

<u>THE MOTION FOR TRANSFER IN THE FOLLOWING MULTIDISTRICT
LITIGATION CASE IS GRANTED:</u>

18-0358        IN RE TEXAS OPIOID LITIGATION

Defendants Purdue Pharma L.P., et al. and McKesson Corporation, et al. joint
motions to transfer under Rule 13 of the Texas Rules of Judicial Administration
are granted. The panel will issue a second order at a later date naming the judge
to whom the cases will be transferred.

Justice Brown delivered the opinion of the MDL Panel.

**<u>APPENDIX D</u>**

**ORDER APPOINTING JUDGE PEEPLES**

# ORDER OF MULITDISTRICT LITIGATION PANEL

Order Issued June 18, 2018

<u>APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE</u>:

18-0358       IN RE TEXAS OPIOID LITIGATION

The panel hereby appoints Judge David Peeples, senior judge of the 224th District Court of Bexar County, previously approved by the Chief Justice pursuant to Administrative Rule 13.6, as pretrial judge in the captioned proceeding and transfers all pending cases, together with any tagalong cases, to him.

**<u>APPENDIX E</u>**

**ORDER OF VOLUNTARY RECUSAL**

No. 2018-CI-12812

| | | |
|---|---|---|
| | * | IN THE DISTRICT COURT |
| | * | |
| | * | |
| IN RE TEXAS OPIOID | * | 225TH JUDICIAL DISTRICT |
| LITIGATION | * | |
| | * | |
| | * | BEXAR COUNTY, TEXAS |

## ORDER OF VOUNTARY RECUSAL

On August 3, while reading and preparing for the initial hearing in the captioned litigation, the court noticed that one of the opioid drugs at issue had been used by the court's wife in 2016. The court confirmed this recollection by discussing it with his wife and by locating the bottle of remaining pills that were prescribed for her in May 2016.

On the following day the court notified liaison counsel of this discovery and summarized for them the circumstances of his wife's use of the opioid pills. The court expressed concern that he was an eye witness to events involving the prescribing and use of an opioid similar to some of the contested issues in the captioned litigation. The court further stated that recusal might be required by Rule 18b (b), which says: "A judge must recuse in any proceeding in which: . . . (3) the judge has personal knowledge of disputed evidentiary facts concerning the proceeding."

The court and liaison counsel agreed that the parties should be given the opportunity to waive this possible ground for recusal pursuant to Rule 18b (e) ("parties to a

proceeding may waive any ground for recusal after it is fully disclosed on the record"),
but not all parties have agreed to waive the issue.

The court has concluded that the prudent course of action is to recuse voluntarily.
The court therefore issues this order of voluntary recusal from the captioned litigation
and from MDL Cause No. 18-0358, *In Re Texas Opioid Litigation.* The MDL Panel Chair
has been notified of this recusal, and another judge will be assigned.

**SIGNED: August 25, 2018**

David Peeples

**JUDGE DAVID PEEPLES**

**<u>EXHIBIT F</u>**

**ORDER APPOINTING JUDGE SCHAFFER**

# ORDER OF MULITDISTRICT LITIGATION PANEL

Order Issued September 5, 2018

<u>APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT
LITIGATION CASE</u>:

18-0358        IN RE TEXAS OPIOID LITIGATION

The Manufacturer Defendants Purdue Pharma L.P., et al. and the Distributor Defendants McKesson Corporation, et al.'s Motions to Transfer were granted on June 13, 2018.  Pursuant to Rule 13 of the Texas Rules of Judicial Administration, the cases listed in the Appendices of the Motions for Transfer and all tag-along cases are transferred to Judge Robert Schaffer of the 152nd District Court of Harris County.