United States District Court
Southern District of Texas
**ENTERED**
March 21, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF NEWTON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-0117 |
| | § | |
| PURDUE PHARMA, L.P., *et al.*, | § | |
|     Defendants. | § | |

## ORDER

Plaintiff has filed a Motion to Remand [Doc. # 5], to which Defendants filed an Opposition [Doc. # 7], and Plaintiff filed a Reply [Doc. # 9]. The dispositive issue in the Motion to Remand involves the citizenship of Dr. Richard Sackler. It appears that this issue is present in many, if not all, of the cases to be transferred to MDL No. 2804, *In re National Prescription Opiate Litigation*. As a result, it is hereby

**ORDERED** that the Motion to Remand [Doc. # 5] is **DENIED WITHOUT PREJUDICE** to being reurged following transfer to MDL No. 2804.

SIGNED at Houston, Texas, this 21st day of **March, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE